1

2

3

4

5

6

7

8                                   UNITED STATES DISTRICT COURT

9                           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MICHAEL F. BURKART, CHAPTER 7                  No.  2:15-cv-00757-MCE-KJN
      TRUSTEE,
12                                                   **To be related to:**
                            Plaintiffs,              2:14-cv-02671-KJM-KJN
13                                                   2:14-cv-02672-KJM-KJN
                                                     2:14-cv-02673-KJM-KJN
            v.                                       2:14-cv-02674-KJM-KJN
14
                                                     2:14-cv-02675-KJM-KJN
      SONNY STEELE,                                  2:14-cv-02676-KJM-KJN
15                                                   2:14-cv-02677-KJM-KJN
                            Defendants.              2:14-cv-02678-KJM-KJN
16                                                   2:14-cv-02679-KJM-KJN
                                                     2:14-cv-02680-KJM-KJN
17                                                   2:14-cv-02681-KJM-KJN
                                                     2:14-cv-02682-KJM-KJN
18

19                                                   ORDER

20

21
                  Examination of the above-captioned actions reveals that they are related within the
22
      meaning of Local Rule 123(a).  Here, "both actions involve similar questions of fact and the same
23
      question of law and their assignment to the same Judge or Magistrate Judge is likely to effect a
24
      substantial savings of judicial effort."  Local Rule 123(a)(3).  Accordingly, the assignment of
25
      these matters to the same judge is likely to effect a substantial savings of judicial effort and is
26
      likely to be convenient for the parties.
27
      /////
28
                                                     1

1    The parties should be aware that relating cases under Rule 123 causes the actions

2  to be assigned to the same judge—it does not consolidate the actions.  Under Rule 123, related

3  cases are generally assigned to the judge and magistrate judge to whom the first filed action was

4  assigned.

5    As a result, it is hereby ORDERED that No. 2:15-cv-00757-MCE-KJN is

6  reassigned from Chief Judge Morrison C. England, Jr., to the undersigned.  The caption on

7  documents filed in the reassigned case shall be shown as 2:15-cv-00757-KJM-KJN

8    It is further ORDERED that the Clerk of the Court make appropriate adjustment in

9  the assignment of civil cases to compensate for this reassignment.

10    IT IS SO ORDERED.

11   DATED:  April 15, 2015.

12

13    _____
       UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2